# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING
US, INC.

NO.  2019 CW 1385

VERSUS

THE WILLIAMS COMPANIES, INC.
AND WILLIAMS OLEFINS, LLC

**OCTOBER 22, 2019**

---

In Re:  The Williams Companies, Inc. and Williams Olefins, LLC, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76976.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                    **TMH**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT